■ GLAZER STEEL CORPORATION, Appellant, v 53RD AT THIRD VENTURE et al., Respondents, et al., Defendants.—Appeal from order and judgment (one paper), Supreme Court, New York County (Stanley Parness, J.), entered on or about September 9, 1988, unanimously withdrawn and discontinued, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Rosenberger and Ellerin, JJ.